# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEREK DUNN

VERSUS

COPPER MILL HOMEOWNERS
ASSOCIATION, INC.

NO.  2025 CW 1170

**JANUARY 23, 2026**

---

In Re:    Derek  Dunn,  applying  for  supervisory  writs,  19th
          Judicial  District  Court,  Parish  of  East  Baton  Rouge,
          No. 750380.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                              PMc
                              HG
                              TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT